UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ALFRED FUENTES,<br><br>            Petitioner,<br><br>     v.<br><br>STATE OF CALIFORNIA,<br><br>            Respondent. | No. CV 09-09212-VAP (VBK)<br><br>~~[PROPOSED]~~ JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") without prejudice,

**IT IS ADJUDGED** that the Petition is dismissed without prejudice.

DATED: March 17, 2010

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE